UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20758

CR-COOKE/GOODMAN

IN RE SEALED
INFORMATION
_____/

## MOTION TO SEAL

NOW COMES the United States of America, by and through its undersigned attorney, and respectfully requests that the Information, bond recommendation form, this motion, and any resulting order be SEALED until the appearance of the defendant or until further order of this court, excepting the United States Attorney's Office and law enforcement, which may obtain copies of any criminal Information, or other sealed document for purposes of arrest, parole, extradition, or any other necessary cause, for the reason that the named defendant is expected to surrender and the integrity of the ongoing investigation in which the defendant is participating might be compromised, should knowledge of this Information become public.

Respectfully submitted,

BENJAMIN G. GREENBERG
UNITED STATES ATTORNEY

BY: _____
WALTER M. NORKIN
ASSISTANT UNITED STATES ATTORNEY
Court ID No. A5502189
99 N. E. 4th Street
Miami, Florida  33132-2111
TEL (305) 961-9406
FAX (305) 530-7976
Walter.Norkin@usdoj.gov