UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20758-CR-COOKE

REC'D by _____ D.C./GOODMAN
SEP 17 2018
STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

IN RE SEALED
INFORMATION
_____/

**SEALED ORDER**

The United States of America, having applied to this Court for an Order sealing the Information and this order, and the Court finding good cause:

IT IS HEREBY ORDERED that Information, ~~bond recommendation form~~, the government's motion to seal, and this order shall be filed under seal until the appearance of the defendant or until further order of this Court, however, the United States Attorney's Office and law enforcement may obtain copies of any Information, or other sealed document for purposes of arrest, parole, extradition, or any other necessary cause.

DONE AND ORDERED in chambers at Miami, Florida, this ___ day of September, 2018.

HON. LAUREN F. LOUIS
UNITED STATE MAGISTRATE JUDGE
SOUTHERN DISTRICT OF FLORIDA