**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. ___**18 - 20758**___  CR. COOKE

18 U.S.C. § 1956(h)
18 U.S.C. § 982                               /GOODMAN

**UNITED STATES OF AMERICA**

**vs.**

REC'D by ___ D.C.

SEP 17 2018

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

**MANUEL ANTONIO BALDIZON MENDEZ,**

**Defendant.**

_____/

**INFORMATION**

The United States Attorney charges that:

Beginning in or around January 2007 and continuing until in or around September 2018,

the exact dates being unknown to the United States Attorney, in Miami-Dade County, in the

Southern District of Florida, and elsewhere, the defendant,

**MANUEL ANTONIO BALDIZON MENDEZ,**

did knowingly and willfully combine, conspire, confederate and agree with other persons known

and unknown to the Grand Jury, to commit certain offenses against the United States, in violation

of Title 18, United States Code, Section 1956, that is, to knowingly conduct financial transactions

affecting interstate and foreign commerce, which transaction involved the proceeds of specified

unlawful activity, knowing the funds involved in the transactions represented the proceeds of some

form of unlawful activity, knowing that the transactions were designed in whole and in part to

conceal and disguise the nature, location source, ownership and control of the proceeds of the

specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

It is further alleged that the specified unlawful activity is the felonious importation,

receiving, concealing, buying, selling, and otherwise dealing in a controlled substance, punishable under the laws of the United States and Guatemala.

All in violation of Title 18, United States Code, Section 1956(h).

## FORFEITURE ALLEGATIONS

1.      The allegations of this Information are re-alleged and incorporated herein for the purpose of alleging criminal forfeiture to the United States of America of certain property in which the defendant, **MANUEL ANTONIO BALDIZON MENDEZ,** has an interest.

2.      Upon conviction of a violation of the offense charged this Information, the defendant shall forfeit to the United States any property, real or personal, involved in such offense, or any property traceable to such property, pursuant to Title 18, United States Code, Section 982(a)(1).

All pursuant to Title 18, United States Code, Section 982(a)(1) and the procedures set forth in Title 21, United States Code, Section 853.

BENJAMIN G. GREENBERG
UNITED STATES ATTORNEY

WALTER M. NORKIN
ASSISTANT UNITED STATES ATTORNEY

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO. | 18-20758 |
|---|---|---|

v.

MANUEL ANTONIO BVALDIZON MENDEZ,

CR-COOKE /GOODMAN

**CERTIFICATE OF TRIAL ATTORNEY***

Defendant.
_____/

**Superseding Case Information:**

**Court Division:** (Select One)

New Defendant(s)          Yes _____   No _____
Number of New Defendants  _____
Total number of counts    _____

x   Miami        _____ Key West
_____ FTL        _____ WPB        FTP

I do hereby certify that:

1.   I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.   I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.   Interpreter:      (Yes or No)      Yes
     List language and/or dialect      Spanish

4.   This case will take      0      days for the parties to try.

5.   Please check appropriate category and type of offense listed below:

     (Check only one)                          (Check only one)

| I   | 0   to 5 days   | x   | Petty   |     |
|-----|-----------------|-----|---------|-----|
| II  | 6   to 10 days  |     | Minor   |     |
| III | 11  to 20 days  |     | Misdem. |     |
| IV  | 21 to 60 days   |     | Felony  | x   |
| V   | 61 days and over |    |         |     |

6.   Has this case been previously filed in this District Court?   (Yes or No)   _____

If yes:
Judge:                                    Case No. _____
(Attach copy of dispositive order)
Has a complaint been filed in this matter?      (Yes or No)      No
If yes:
Magistrate Case No. _____
Related Miscellaneous numbers: _____
Defendant(s) in federal custody as of _____
Defendant(s) in state custody as of _____
Rule 20 from the District of _____
Is this a potential death penalty case? (Yes or No)   _____

7.   Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?      Yes _____      No   x

WALTER NORKIN
ASSISTANT UNITED STATES ATTORNEY
FL Bar/Court I.D. No. A5502189

*Penalty Sheet(s) attached

REV 5/3/17

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:  MANUEL ANTONIO BALDIZON MENDEZ**

**Case No:** _____

Count #: 1

Conspiracy to Commit Money Laundering

Title 18, United States Code, Section 1956(h)

**\*Max. Penalty:** Twenty Years Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| MANUEL ANTONIO BALDIZON MENDEZ | ) |
| *Defendant* | ) |

Case No. **18 - 20758**
**CR-COOKE** **/GOODMAN**

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

_____
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____
*Judge's printed name and title*