UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,                                      CASE NO. 18-20758- CR-COOKE

vs.
MANUEL ANTONIO BALDIZON MENDEZ,

    Defendant.
_____/

## NOTICE OF PERMANENT APPEARANCE

William A. Clay files this appearance as counsel for the above-named defendant, MANUEL ANTONIO BALDIZON MENDEZ. Counsel agrees to represent the defendant for TRIAL AND ALL PROCEEDINGS IN THE DISTRICT COURT.

                                      Respectfully submitted,

                                      WILLIAM A. CLAY, ESQUIRE
                                      BILL CLAY, P.A.
                                      Florida Bar No. 155102
                                      11440 North Kendall Drive, #400
                                      Miami, Florida 33176
                                      Bill@billclaypa.com
                                      (305) 595-0866/phone
                                      (305) 595-9732/fax

                                      CARLOS LEON, ESQUIRE
                                      Law Office of Carlos Leon LLC
                                      Fla. Bar No. 73092
                                      911 E Ponce de Leon Blvd, # 1404
                                      Coral Gables, FL 33134
                                      (305) 793-5178
                                      leonlaw@protonmail.com

       I hereby acknowledge that I have read this form and consent to the representation of the above counsel as noted above.

                                        MANUEL ANTONIO BALDIZON MENDEZ, Defendant

## CERTIFICATE OF SERVICE

       I HEREBY CERTIFY that a true and correct copy of the above has been hand delivered to counsel of record, on on this 18th day of September, 2018.

                                        WILLIAM A. CLAY, ESQUIRE