UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-20758-CR-COOKE

**UNITED STATES OF AMERICA**
        Plaintiff,

Vs

**MANUEL ANTONIO BALDIZON MENDEZ**,
        Defendants.
_____/

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that the above entitled cause has been scheduled for a *Change of Plea* hearing on **Wednesday, October 3, 2018 at 3:00 p.m.,** before the Honorable MARCIA G. COOKE, United States District Judge, at 400 North Miami Avenue, Courtroom 11-2, Miami, Florida.

Dated: September 19, 2018.

                                              STEVEN LARIMORE, CLERK

                                              By: <u>s/Ivan J. Marchena</u>
                                                        Ivan J. Marchena
                                                        Deputy Clerk

Cc: All counsel of record