UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>18-CR-20758</u>-Cooke

UNITED STATES OF AMERICA

vs.

MANUEL ANTONIO BALDIZON MENDEZ

_____/

**ORDER**

The United States of America, having orally applied to this Court for an Order unsealing the docket caption, initial appearance, arraignment and this order, and the Court finding good cause:

IT IS HEREBY ORDERED that the docket caption – including the defendant's name, the case number, case title, date filed, assigned judges, the parties' information, the pending counts, statutory cite to the charged violation, highest offense level, terminated counts, complaints and disposition fields – as well as the docket entry reflecting the defendant's initial appearance and arraignment [DE 6], and this order be UNSEALED, and that any other documents or transcripts pertaining to the defendant remain SEALED until further order of this Court.

DONE AND ORDERED in chambers at Miami, Florida, this 22ⁿᵈ day of October, 2018.

_____
HON. MARCIA G. COOKE
UNITED STATE DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA
