**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 18-CR-20758-Cooke**

**UNITED STATES OF AMERICA**

vs.

**MANUEL ANTONION BALDIZON MENDEZ,**

      **Defendant.**
_____/

**JOINT MOTION TO SUSPEND SCHEDULE AND SET STATUS CONFERENCE**

    COMES NOW, the United States of America, through its undersigned counsel, respectfully requesting, jointly with the defendant, that the schedule in this case be suspended and that a status conference be set for February 12, 2019, or for such date in mid-February 2019 as convenient for the Court. The request is made so that the parties can better explore resolution of this case, as explained in more detail below.

    1.    As the Court is aware, the defendant has been charged with money laundering, in violation of Title 18, U.S.C., Section 1956. He was transferred from immigration custody and remains in U.S. Bureau of Prisons custody under the instant criminal case.

    2.    The parties believe that the case can be concluded not only without the need for trial but also without the need for motion practice or a contested sentencing hearing. However, as with any money laundering case, one of the challenging issues to resolve is that of forfeiture. To that end, the parties have been engaged in negotiations on that matter.

    3.    During those discussions, the defendant has explained – and the government credits his explanation – that, in some respects, resolving the forfeiture matter is complicated by the fact that the defendant remains in custody. Thus, as part of the negotiations, the parties have also been

attempting to address the issue of a potential bond for the defendant. The parties have reached an agreement in principle as to bond conditions, which would include not only a high value on the bond itself and travel restrictions, but also a percentage cash deposit. But the parties are still exploring how the defendant's immigration status would affect the potential bond, as transfer from criminal to immigration custody would not advance the successful conclusion of this case.

4. For these reasons, the government requests that the Court suspend the current schedule and set a status conference for mid-February 2019. The defendant, through his counsel, has stated that he agrees with the government's request. The parties would use the extra time to further explore the bond and forfeiture issues, with the hope that very shortly the parties will be able to report to the Court – well in advance of the February 2019 date – that the custody issues have been settled and that a bond is achievable, after which a forfeiture resolution and successful conclusion of this case could also be achieved.

Therefore, the undersigned attorney respectfully requests, jointly with the defendant, that the schedule in this case be suspended and that a status conference be set for February 12, 2019, or for such date in mid-February 2019 as convenient for the Court.

    Respectfully submitted,
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By: /s/ Walter M. Norkin
WALTER M. NORKIN
Assistant United States Attorney
Court ID No. A5502189
U.S. Attorney's Office - SDFL
99 N.E. 4th Street, Suite 718 Miami, FL 33132-2111
Telephone: (305) 961-9406
Email: Walter.Norkin@usdoj.gov

## **CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and served a copy to defense counsel by ECF and email, on November 27, 2018.

                                                     */s/ Walter M. Norkin*
                                                     Assistant United States Attorney