**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 18-CR-20758-Cooke**

**UNITED STATES OF AMERICA**

**vs.**

**MANUEL ANTONIO BALDIZON MENDEZ,**

       **Defendant.**
_____/

**JOINT MOTION FOR BOND HEARING AND**
**ADJOURNMENT OF STATUS CONFERENCE**

COMES NOW, the United States of America, through its undersigned counsel, respectfully requesting, jointly with the defendant, that the Court permit the parties to set a bond hearing before the duty magistrate judge on Thursday, December 20, 2018 (or for Your Honor to set a bond hearing on that date if the Court desires to handle the matter rather than having the duty magistrate judge conduct the hearing) and that the status conference presently set for January 16, 2019, be adjourned for 30 days to a date in mid-February 2019, as convenient for the Court.  The request is made so that the parties can better explore resolution of this case, as explained in more detail below.

1.     As the Court is aware, the defendant has been charged with money laundering, in violation of Title 18, U.S.C., Section 1956.  He was transferred from immigration custody and remains in U.S. Bureau of Prisons custody under the instant criminal case.

2.     The parties previously submitted a motion noting that the parties believe that the case can be concluded without the need for trial, motion practice or a contested sentencing hearing; however, the forfeiture issues were yet to be resolved.  To that end, as part of the forfeiture

1

negotiations, the parties have been attempting to address the issue of a potential bond for the defendant. This issue, in turn, was complicated by the defendant's immigration status.

3.      The parties can now report that the immigration issues have been addressed and it is the parties' expectation that, if bond is granted as the parties recommend, the defendant will be able to be released and better able to comply with a potential forfeiture resolution. Furthermore, because it took approximately one month since the government filed the prior motion to address the defendant's immigration status, during which time the defendant remained incarcerated and was not able to advance the satisfaction of a potential forfeiture resolution, the parties also ask that the status conference be adjourned for 30 days.

4.      For these reasons, the government respectfully requests that the Court permit the parties to set a bond hearing before the duty magistrate judge on Thursday, December 20, 2018 (or for Your Honor to set a bond hearing on that date if the Court desires to handle the matter rather than having the duty magistrate judge) and that the status conference presently set for January 16, 2019, be adjourned for 30 days to a date in mid-February 2019, as convenient for the Court.

Respectfully submitted,
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By:    /s/ Walter M. Norkin
WALTER M. NORKIN
Assistant United States Attorney
Court ID No. A5502189
U.S. Attorney's Office - SDFL
99 N.E. 4th Street, Suite 718 Miami,
FL 33132-2111
Telephone: (305) 961-9406
Email: Walter.Norkin@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and served a copy to defense counsel by ECF and email, on December 14, 2018.

*/s/ Walter M. Norkin*
Assistant United States Attorney
