Sealed

FILED BY _MN_ D.C.

FEB 01 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-CR-20758-Cooke

UNITED STATES OF AMERICA

vs.                                              **SUBMITTED UNDER SEAL**

MANUEL ANTONION BALDIZON MENDEZ,

Defendant.
_____/

## MOTION TO SEAL

NOW COMES the United States of America, by and through its undersigned attorney, and respectfully requests that the Motion to Move the Status Conference, this motion, and any resulting order be SEALED until further order of this court for the reasons that the Motion to Move the Status Conference contains information that could jeopardize an ongoing investigation.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BY: _____
WALTER M. NORKIN
ASSISTANT UNITED STATES ATTORNEY
Court ID No. A5502189
99 N. E. 4th Street
Miami, Florida 33132-2111
TEL (305) 961-9406
FAX (305) 530-7976
Walter.Norkin@usdoj.gov