Sealed

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



Case No. 18-CR-20758-Cooke

UNITED STATES OF AMERICA

vs.   **SUBMITTED UNDER SEAL**

MANUEL ANTONION BALDIZON MENDEZ,

Defendant.
_____/

## JOINT MOTION TO ADJOURN THE STATUS CONFERENCE FOR 60 DAYS

COMES NOW, the United States of America, through its undersigned counsel, respectfully submitting this motion, jointly with defendant, requesting to adjourn for 60 days the status conference presently set for February 13, 2019. The reason for the request is to allow the defendant to continue in his pro-active cooperation with the government.

1. As the Court is aware, the defendant has pled guilty to money laundering, in violation of Title 18, U.S.C., Section 1956, and sentencing was originally scheduled for December 12, 2018. Thereafter, the government filed a public motion on the docket to suspend the schedule, namely the sentencing set for December 12, 2018, because the parties are exploring the potential for bond and forfeiture status. The government also filed a supplemental motion under seal explaining that in addition to what was stated in the public motion, the parties were also exploring the defendant's potential for pro-active cooperation. The Court granted the government's motion and set a status conference for February 13, 2019.

2. After the Court granted that adjournment, the parties were successful in securing the defendant's release on bond, which occurred around the holidays in 2018. Subsequent to his release, the defendant began engaging in pro-active cooperation, making recorded telephone calls

1

and scheduling meetings that were similarly going to be recorded. Indeed, one such meeting is scheduled for next week, the first full week of February.

3. For these reasons, the government requests that the Court adjourn for 60-days the status conference set for February 13, 2019, which additional time would be used to continue the defendant's pro-active cooperation. The defendant, through counsel, agrees with this request.

4. The government also requests that, should the Court grant this motion, the public docket entry reference the mid-April 2019 date as a *status conference* rather than a *sentencing*.

5. Furthermore, because this motion details the defendant's pro-active cooperation, the government requests that the Court allow this motion to be filed under seal. Filing under seal would safeguard the integrity of the cooperation and ongoing investigation and, the government respectfully submits, that factor outweighs the public's qualified right to notice regarding this criminal case.

Therefore, the undersigned attorney respectfully requests, jointly with the defendant, that that the status conference set for February 13, 2019, be adjourned for 60 days to a date in mid-April 2019 as convenient for the Court.

                    Respectfully submitted,
                    ARIANA FAJARDO ORSHAN
                    UNITED STATES ATTORNEY

By: _____
                    WALTER M. NORKIN
                    Assistant United States Attorney
                    Court ID No. A5502189
                    U.S. Attorney's Office - SDFL
                    99 N.E. 4th Street, Suite 718 Miami, FL 33132-2111
                    Telephone: (305) 961-9406
                    Email: Walter.Norkin@usdoj.gov

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that I filed the foregoing document with the Clerk of the Court by proving an original by hand to the Court, and served a copy to defense counsel by email, on January 31, 2019.

_____
Assistant United States Attorney