UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

Plaintiff,

CASE NO. SDFL 18-cr-20758-Cooke

Sealed

vs.

*UNDER SEAL*

MANUEL ANTONIO BALDIZON MENDEZ,

Defendant.

_____/

FILED BY VS D.C.

MAR 13 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

### JOINT MOTION TO SEAL DEFENDANT'S MOTION TO CONTINUE STATUS CONFERENCE ("SENTENCE HEARING")

COMES NOW, the Defendant, MANUEL ANTONIO BALDIZON MENDEZ, by and through her undersigned counsel, William A. Clay, and hereby files this Joint Motion to Seal Defendant's Motion to Continue Status Conference ("Sentencing Hearing") presently set for March 20, 2019. The Defendant, undersigned counsel, and the Government, by and through AUSA Walter Norkin, hereby set forth the following in support of the instant motion:

1. As the Court knows, this Defendant is presently engaged in a very important FBI undercover operation that has multiple targets. This case is publically docketed as a "Status Conference" for March 20, 2019.

2. The sealing of the instant Motion and the Defendant's Motion to Continue Status Conference ("Sentencing Hearing") is essential so as to prevent a compromising of the Defendant's ongoing undercover activities in the aforementioned investigation as well as to protect the Defendant and his family from security threats and risks.

1

3. AUSA Walter Norkin has explicitly authorized undersigned counsel that the Government joins in the instant motion.

4. **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 88.9:** Undersigned counsel hereby certifies that the Government, by and through its counsel, AUSA Walther Norkin, agrees and hereby joins the instant motion.

WHEREFORE, predicated upon the foregoing, the Defendant and undersigned counsel, William A. Clay, do respectfully request this court to grant the instant Motion to Seal.

Respectfully submitted,

_____
WILLIAM A. CLAY, ESQUIRE
BILL CLAY, P.A.
Florida Bar No. 155102
11440 North Kendall Drive, #400
Miami, Florida 33176
Bill@billclaypa.com
(305) 595-0866/phone
(305) 595-9732/fax

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 13, 2019, I filed the foregoing document with the Clerk of the Court. A copy of the instant motion was emailed to AUSA Walter Norkin.

_____
WILLIAM A. CLAY, ESQUIRE

2