UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

MANUEL ANTONIO BALDIZON MENDEZ,

Defendant.
_____/

CASE NO. SDFL 18-cr-20758-Cooke

UNDER SEAL

\_ SEALED

\_ NOT SEALED

Per Local Rule 5.4(d), the matter(s) shall remain sealed.
____ years; ____ (specific date);
____ permanently; ____ (other).

**ORDER GRANTING JOINT MOTION TO SEAL DEFENDANT'S MOTION TO CONTINUE
STATUS CONFERENCE ("SENTENCE HEARING")**

THIS CAUSE, having come before this court upon the Joint Motion to Seal Defendant's Motion to Continue Status Conference ("Sentencing Hearing") set for March 20, 2019, and the Court being fully advised in the premises and it is hereby ordered and adjudged that

1. Defendant's Joint Motion to Seal Defendant's Motion to Continue Status Conference ("Sentencing Hearing") is hereby GRANTED.

2. The Clerk of Court shall maintain the Joint Motion to Seal Defendant's Motion to Continue Status Conference ("Sentencing Hearing") and Defendant's Motion to Continue Status Conference ("Sentencing Hearing") UNDER SEAL.

DONE and ORDERED, in Chambers, Miami-Dade County, this __ day of March, 2019.

_____
Marcia G. Cooke
UNITED STATES DISTRICT JUDGE

Copies:
Counsel of record