UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

Plaintiff,

CASE NO. SDFL 18-cr-20758-Cooke   Sealed

vs.

*UNDER SEAL*

MANUEL ANTONIO BALDIZON MENDEZ,

Defendant.

_____/

FILED BY_____D.C.
MAR 13 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## JOINT MOTION TO CONTINUE
## "STATUS CONFERENCE" (SENTENCING HEARING)

COMES NOW, the Defendant, MANUEL ANTONIO BALDIZON MENDEZ, by and through his undersigned counsel, William A. Clay, and the United States and hereby jointly file the instant URGENT Joint Motion to Continue "Status Conference" (Sentencing Hearing) presently set for March 20, 2019. The Defendant, undersigned counsel, and the Government, by and through AUSA Walter Norkin, hereby set forth the following in support of the instant motion:

1. The United States, by and through its counsel, AUSA Walter Norkin, has explicitly authorized undersigned counsel to recite in the instant motion that the Government joins in said motion.

2. This matter is presently scheduled for a "Status Conference" as reflected in the public docket. However, this case has also been set for a sentencing hearing on said date.

3. To date, the Presentence Investigation Report (PSR) has **not** yet been filed and/or provided to counsel for either party.

1

4. Undersigned counsel has timely and diligently requested medical and mental health records from the BOP, Broward County Corrections and immigration detention center/ICE. Those records will have information that will be highly relevant to sentencing. Undersigned counsel has <u>not</u> yet received the aforementioned medical and mental health records. The continuance requested is necessary so as to afford undersigned counsel sufficient time to obtain, analyze and utilize said records in a Sentencing Memorandum.

5. **Neither the Government, nor the defense, will be ready for a sentencing hearing on March 20, 2019.**

6. As the Court knows, the Defendant, MANUEL ANTONIO BALDIZON MENDEZ, has been actively engaged in a very complex and time consuming undercover operation being actively supervised by FBI agents and AUSA Walter Norkin. Because of Defendant Baldizon's contacts in the corrupt political world of Guatemala, he has the unique capability to penetrate into those corrupt political officials and organizations in Guatemala that are adversely affecting and obstructing U.S. law enforcement efforts in Guatemala and throughout Central America. Defendant Baldizon, and his local residence, have been equipped by the FBI with sophisticated recording and surveillance equipment. Defendant Baldizon has recorded a significant number of conversations between himself and several of the high level targets in the aforementioned undercover investigations. The present targets of this aspect of the undercover investigative operation involve individuals who operate at the highest level of Guatemalan political and business echelons. Those individuals are involved in various criminal activities, including but not limited to, money laundering, obstruction of justice, obstruction of efforts by the U.S. to extradite individuals from Guatemala, suspect Foreign Corrupt Practice Act violations. The criminal activities of the targets involves the protecting of high level

Case 1:18-cr-20758-MGC   Document 28   Entered on FLSD Docket 03/13/2019   Page 3 of 4

international drug traffickers who operate in and through Guatemala regarding the bulk shipment of cocaine that eventually makes its way into the United States. Defendant Baldizon's responsibilities in the aforementioned undercover investigations are constant and the investigation is quite fluid, wherein adjustments are being made on tactical investigative decisions on virtually a daily basis. Thus, Defendant Baldizon must be available to respond on short notice to a target's request for face to face meetings and/or phone calls. Any delay by Defendant Baldizon in promptly responding to these investigative needs would have a high likely hood of jeopardizing and interrupting the undercover investigations. Thus, in addition to neither party being ready for a sentencing hearing, the present scheduling of the sentencing hearing presents a significant obstacle to the undercover investigations described herein.

7. In addition to the foregoing reasons for a continuance of the "Status Conference" (Sentencing Hearing), the parties are still working on matters related to forfeiture. The additional time requested herein in necessary in furtherance of bringing that aspect of this case to a conclusion by agreement.

8. **The parties do jointly request that this matter be set for a "Status Conference" (Sentencing Hearing) during the first week of May 2019.**

9. Both the Defendant, MANUEL ANTONIO BALDIZON MENDEZ, and his <u>undersigned counsel, William A. Clay, and the Government by and through its counsel, AUSA Walter Norkin, hereby represent to and assure this Court that the continuance requested herein is of an urgent nature and is in the best interest of justice</u>. The parties respectfully submit that the requested continuance is absolutely necessary so that the parties are properly prepared for a sentencing hearing. Additionally, the requested continuance is absolutely necessary to avoid any interruption or obstacles to the aforementioned undercover investigations which are the

3

utmost importance to the United States. An extremely significant amount of equipment and FBI manpower has been allocated to this investigation. The parties recognize the unique opportunities that these ongoing investigative operations represent and respectfully request this Court grant this motion for the aforementioned reasons.

10. **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 88.9:** Undersigned counsel has spoken to Government counsel, AUSA Walter Norkin, who has specifically advised undercover counsel that the Government is in agreement and does jointly move in accordance with the instant motion. Undersigned counsel has received explicitly permission from AUSA Norkin to entitle the motion as a joint motion on behalf of the parties.

WHEREFORE, predicated upon the foregoing, the parties do hereby request that this Court enter an Order setting the "Status Conference" (Sentencing Hearing) for the first week of May 2019.

Respectfully submitted,

*/s/ William A. Clay*

WILLIAM A. CLAY, ESQUIRE
BILL CLAY, P.A.
Florida Bar No. 155102
11440 North Kendall Drive, #400
Miami, Florida 33176
Bill@billclaypa.com
(305) 595-0866/phone
(305) 595-9732/fax

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 13, 2019, I filed the foregoing document with the Clerk of the Court. A copy of the instant motion was emailed to AUSA Walter Norkin.

*/s/ William A. Clay*

WILLIAM A. CLAY, ESQUIRE