UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

CASE NO. 18-cr-20758-Cooke

**UNDER SEAL**

MANUEL ANTONIO BALDIZON MENDEZ,

Defendant.
_____/

___ SEALED

___ NOT SEALED

Per Local Rule 5.4(d), the matter(s) shall remain sealed.
____ years;_____ (specific date);
____ permanently;_____ (other).

**ORDER GRANTING JOINT MOTION TO CONTINUE
STATUS CONFERENCE ("SENTENCE HEARING")**

THIS CAUSE, having come before this court upon the Joint Motion to Continue Status Conference ("Sentencing Hearing") set for March 20, 2019, and the Court being fully advised in the premises and it is hereby ordered and adjudged that

1. Defendant's Joint Motion to Continue Status Conference ("Sentencing Hearing") is hereby GRANTED.

2. The Status Conference, as this matter shall be reflected on the public docket, is reset to _____ 2019, at _____. The parties are advised that a Sentencing Hearing will be held at that time. This Court further orders as follows:

3. That the public docket reflect a "Status Conference" scheduled on the date stated herein. No reference to "Sentencing Hearing" shall appear on the public docket for reasons of not compromising ongoing federal investigations.

4. The Court hereby finds that granting the requested continuance and noting the public docket as specified herein is in the interest of justice and is based upon compelling reasons.

DONE and ORDERED, in Chambers, Miami-Dade County, this __ day of March, 2019.

                                                                    Marcia G. Cooke  
                                                  UNITED STATES DISTRICT JUDGE

Copies:  
Counsel of record