Sealed

FILED BY ___ D.C.
APR 26 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

Plaintiff,                    CASE NO. SDFL 18-cr-20758-Cooke

vs.                              ***UNDER SEAL***

MANUEL ANTONIO BALDIZON MENDEZ,

Defendant.
_____/

## AGREED MOTION TO SEAL THE DEFENDANT'S SENTENCING MEMORANDUM AND MOTION FOR DOWNWARD VARIANCE FROM THE ADVISORY SENTENCING GUIDELINE RANGE

The Defendant, MANUEL ANTONIO BALDIZON MENDEZ, by and through his undersigned counsel, William A. Clay and Carlos Leon, hereby file the instant Agreed Motion to Seal Defendant's Sentencing Memorandum and Motion for Downward Variance from the Advisory Sentencing Range. The following is set forth in support of the instant motion:

       1.       The sealing of Defendant's Sentencing Memorandum and Motion for Downward Variance from the Advisory Sentencing Range is necessary as all matters pertaining to the fact that Defendant is scheduled for Sentencing on May 1, 2019 have been sealed, and the docket reflects "Status Conference". Such is the procedure adopted by this Court, at the parties' request, due to the fact that the Defendant is engaging in active and highly important undercover proactive cooperation with the Government.

       2.       The Defendant's Sentencing Memorandum and Motion for Downward Variance from the Advisory Sentencing Range also discusses otherwise personal and confidential

1

medical/mental health information about the Defendant and his family that would be protected under the HIPAA Privacy doctrine.

3. **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 88.9**: undersigned counsel has discussed the instant motion the Government, AUSA Walter Norkin, who has specifically authorized that the **Government is in agreement with the instant Motion to Seal.**

WHEREFORE, predicated upon the foregoing, the Defendant and undersigned counsel, William A. Clay, with agreement of the Government, do respectfully request this court to grant the instant Agreed Motion to Seal.

Respectfully submitted,

_____
William A. Clay, Esq.
Florida Bar No.: 155102
BILL CLAY, P.A. II
11440 N. Kendall Drive, #400
Miami, FL 33176
(305) 595-0866/phone
(305) 595-9732/fax
bill@billclaypa.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 25th, 2019, I filed the foregoing document with the Clerk of the Court.

_____
William A. Clay, Esq.