Sealed

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

\_ SEALED

\_ NOT SEALED

UNITED STATES OF AMERICA,

Plaintiff,

CASE NO. SDFL 18-cr-20758-Cooke

vs.

*UNDER SEAL*

MANUEL ANTONIO BALDIZON MENDEZ,

Defendant.
_____/

Per Local Rule 5.4(d), the matter(s) shall remain sealed.
\_\_\_\_ years;\_\_\_\_ (specific date);
\_\_\_\_ permanently;\_\_\_\_ (other).

**ORDER GRANTING AGREED MOTION TO SEAL
DEFENDANT'S SENTENCING MEMORANDUM
AND MOTION FOR DOWNWARD VARIANCE FROM THE ADVISORY
SENTENCING GUIDELINE RANGE**

THIS CAUSE, having come before this Court, upon Defendant, MANUEL ANTONIO BALDIZON MENDEZ, Agreed Motion to SEAL Sentencing Memorandum and Motion for Downward Variance from the Advisory Sentencing Guideline Range, the Court being fully advised in the premises thereof, and the Court noting the agreement of the Government, it is hereby ordered and adjudged that the Defendant's Agreed Motion to SEAL Sentencing Memorandum and Motion for Downward Variance from the Advisory Sentencing Guideline Range is GRANTED. The Clerk of Court shall maintain the Defendant's Sentencing Memorandum and Motion to Seal under SEAL until further order by this Court.

DONE and ORDERED at Chambers in Miami-Dade County, Florida this _____ day of _____, 2019.

_____
Marcia Cooke
UNITED STATES DISTRICT JUDGE

1