**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**HONORABLE MARCIA G. COOKE**

**Case No.** 18-20758-CR-COOKE                **Date**: 5/1/2019

**Clerk:** Ivan Marchena                      **Reporter**: Gizella Baan-Proulx

**USPO:** _____              **Interpreter**: (Spanish)

**UNITED STATES OF AMERICA vs.** MANUEL ANTONIO BALDIZON MENDEZ

**AUSA**: Walter Norkin

**Defendant(s) Counsel**:   William Clay and Carlos Leon, Esq.

**Defendant(s) Appearance**: Present:  X    Not Present:  __    In Custody:  __

**Reason for hearing**: Sentencing

**Result of hearing**: Hearing held. Defendant sentenced to 50 months imprisonment followed by 1 year supervised release. $25,000.00 fine. Court sets a forfeiture hearing for July 24, 2019 at 1:30 p.m.