UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-20758-CR-COOKE/GOODMAN

UNITED STATES OF AMERICA,

vs.

MANUEL ANTONIO BALDIZON MENDEZ,

    Defendant.
_____/

## NOTICE OF APPEARANCE

The United States respectfully notifies the Court of the appearance of counsel for the United States regarding forfeiture matters in the above styled case. All pleadings, orders, notices and correspondence regarding forfeiture should also be sent to the undersigned counsel.

    Respectfully submitted,

    ARIANA FAJARDO ORSHAN
    UNITED STATES ATTORNEY

By:    *s/Daren Grove*
    _____
    Daren Grove (Court No. A5501243)
    Assistant United States Attorney
    E-mail: daren.grove@usdoj.gov
    500 E. Broward Boulevard, Suite 700
    Fort Lauderdale, Florida 33394
    Telephone: 954.660.5774
    Facsimile: 954.356.7180

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 25, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

*s/Daren Grove*

Daren Grove
Assistant United States Attorney