UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-CR-20758-Cooke

FILED BY_____ D.C.

JUL 2 4 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

UNITED STATES OF AMERICA

vs.                                                           **SUBMITTED UNDER SEAL**

MANUEL ANTONION BALDIZON MENDEZ,

    Defendant.
_____/

## MOTION TO SEAL

NOW COMES the United States of America, by and through its undersigned attorney, and respectfully requests that the Motion to Move the Status Conference, this motion, and any resulting order be SEALED until further order of this court for the reasons that the Motion to Move the Status Conference contains information that could jeopardize an ongoing investigation.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By: _____  RICHARD a I. BROWN
for: Daren Grove (Court No. A5501243)
Assistant United States Attorney
E-mail: daren.grove@usdoj.gov
500 E. Broward Boulevard, Suite 700
Fort Lauderdale, Florida 33394
Telephone: 954.660.5774
Facsimile: 954.356.7180