FILED UNDER SEAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-Cr-20758-Cooke

UNITED STATES OF AMERICA,

vs.

MANUEL ANTONIO BALDIZON MENDEZ,

Defendant.
_____/

FILED BY_____ D.C.

JUL 24 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

## UNITED STATES' MOTION FOR ORDER OF FORFEITURE

The United States of America (hereinafter, the "United States" or the "Government") hereby moves, pursuant to 18 U.S.C. § 982(a)(1) and Fed. R. Crim. P. 32.2(b)(2)(A), for entry of an Order of Forfeiture imposing a forfeiture money judgment against the defendant, **MANUEL ANTONIO BALDIZON MENDEZ**, for $800,000 (US). The Government provides the points and authorities set forth below in support of its motion and submits herewith a proposed Order of Forfeiture.

1. On September 17, 2018, the defendant was charged by Information (hereinafter, the "Information"), which remains filed under seal, with a violation of 18 U.S.C. § 1956(h).

2. On October 3, 2018, the defendant pleaded guilty to the Information and, pursuant to a written Plea Agreement, which remains filed under seal, agreed to the entry of a forfeiture money judgment against him in an amount to be determined.

3. On May 1, 2019, the Court imposed sentence on the defendant, which included scheduling a forfeiture hearing for July 24, 2019, at 1:30 p.m. *See* Judgment in a Criminal Case, ECF No. 34 (Filed Under Seal).

4. The defendant has agreed to the entry of a forfeiture money judgment against him in the amount of $800,000 (US). Additionally, the defendant has agreed to satisfy the forfeiture money judgment in whole no later than January 1, 2020.

5. Fed. R. Crim. P. Rule 32.2.(b)(1) and (c)(1) specifically authorizes the entry of a forfeiture money judgment against the defendant.

6. Moreover, Fed. R. Crim. 32.2.(c)(1) provides that "no ancillary proceeding is required to the extent that forfeiture consists of a money judgment."

WHEREFORE, based on the foregoing, the United States now requests entry of a forfeiture money judgment against the defendant for $800,000 (US).

                              Respectfully submitted,

                              ARIANA FAJARDO ORSHAN
                              UNITED STATES ATTORNEY

By: _____
     Daren Grove (Court No. A5501243)
     Assistant United States Attorney
     E-mail: daren.grove@usdoj.gov
     500 E. Broward Boulevard, Suite 812
     Fort Lauderdale, Florida 33394
     Telephone: 954.660.5774
     Facsimile: 954.356.7180

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 24, 2019, I electronically filed the foregoing document was Filed Under Seal with the Clerk of the Court using CM/ECF.

Daren Grove
Assistant United States Attorney