FILED UNDER SEAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-Cr-20758-Cooke

UNITED STATES OF AMERICA,

vs.

MANUEL ANTONIO BALDIZON MENDEZ,

Defendant.

_____/

## ORDER OF FORFEITURE

**WHEREAS**, on September 17, 2018, the defendant was charged by Information (hereinafter, the "Information"), which remains filed under seal, with a violation of 18 U.S.C. § 1956(h);

**WHEREAS**, on October 3, 2018, the defendant pleaded guilty to the Information and, pursuant to a written Plea Agreement, which remains filed under seal, agreed to the entry of a forfeiture money judgment against him in an amount to be determined;

**WHEREAS**, on May 1, 2019, the Court imposed sentence on the defendant, which included scheduling a forfeiture hearing for July 24, 2019, at 1:30 p.m.;

**WHEREAS**, the defendant has agreed to the entry of a forfeiture money judgment against him in the amount of $800,000 (US). Additionally, the defendant has agreed to satisfy the forfeiture money judgment in whole no later than September 1, 2019;

**WHEREAS**, the United States has submitted a proposed Order of Forfeiture reflecting the entry of a forfeiture money judgment against the defendant for $800,000 (US);

**WHEREAS**, Fed. R. Crim. P. 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that forfeiture consists of a money judgment,"

**NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that a forfeiture money judgment for $800,000 (US) is entered against the defendant as part of his sentence pursuant to 18 U.S.C. § 982(a)(1) and Fed. R. Crim. P. 32.2(b)(1); and

**IT IS FURTHER ORDERED** that the defendant has agreed to satisfy the forfeiture money judgment in whole no later than January 1, 2020;

**IT IS FURTHER ORDERED** that the forfeiture hearing for July 24, 2019, at 1:30 p.m. is **CANCELLED**; and

**IT IS FURTHER ORDERED** that the United States District Court shall retain jurisdiction in this matter for the purpose of enforcing this Order of Forfeiture.

**DONE AND ORDERED** at Miami, Florida on this __ day of July 2019.

_____
MARCIA G. COOKE
UNITED STATES DISTRICT JUDGE

2