UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-20758-CR-COOKE

UNITED STATES OF AMERICA

Vs.

MANUEL ANTONIO BALDIZON MENDEZ
_____/

## ORDER UNSEALING CASE

The United States of America, having applied to this Court for an Order unsealing certain items on the docket, and the Court finding good cause:

IT IS HEREBY ORDERED that the following docket entries: ECF No.1 (Motion to Seal the Information); ECF No.2 (Order on Motion to Seal); ECF No.3 (Information); ECF No.4 (Attorney Appearance); ECF No.5 (Waiver of Indictment); ECF No.7 (Detention Order); ECF No.8 and 9 (Guilty Plea and Minutes); ECF No.10 (Notice of Sentencing); ECF No.11 (Plea Agreement); ECF No.12 (Factual Proffer); ECF No.22 (Motion to Seal); ECF No.23 (Motion to Adjourn); ECF No.25 (Order on Motion to Adjourn); ECF No.27 and 28 (Motions to Seal and Adjourn); ECF No.29 (Order on Motions); ECF No.30 and 31 (Motions to Seal); ECF No.33 (Sentencing Minutes); ECF No.34 (Judgment); ECF No. 36 and 37 (Forfeiture Motion and Sealing Motion), and this order to be UNSEALED, and that any other docket entries, documents or transcripts pertaining to the defendant remain SEALED until further order of this Court.

DONE AND ORDERED in chambers at Miami, Florida this 12th day of November 2019.

_____
MARCIA G. COOKE
United States District Judge