UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-CR-20758-Cooke

**UNITED STATES OF AMERICA**

**vs.**

**MANUEL ANTONIO BALDIZON MENDEZ,**

      **Defendant.**

_____/

**JOINT MOTION TO EXTEND DATE OF SURRENDER TO BUREAU OF PRISONS**

COMES NOW, the United States of America, through its undersigned counsel, respectfully requesting, jointly with the defendant, that the date of the defendant's surrender to the Bureau of Prisons ("BOP") be extended for 60 days, specifically from December 4, 2019, to February 3, 2020. The request is made so that the defendant can continue in his cooperation.

1. As the Court is aware, the defendant has pled guilty to money laundering, in violation of Title 18, U.S.C., Section 1956. The Court sentenced him to 50 months' incarceration and ordered that he report to his designated BOP facility on December 4, 2019.

2. Due to ongoing matters in which the defendant is providing cooperation, the parties request an additional 60 days for the defendant's surrender.

3. For this reason, the government requests that the Court extend the defendant's surrender date to February 3, 2020. The defendant, through his counsel, has stated that he agrees with the government's request.

>Respectfully submitted,
>ARIANA FAJARDO ORSHAN
>UNITED STATES ATTORNEY
>
>By: /s/ Walter M. Norkin
>WALTER M. NORKIN
>Assistant United States Attorney
>Court ID No. A5502189
>U.S. Attorney's Office - SDFL
>99 N.E. 4th Street, Suite 718 Miami,
>FL 33132-2111
>Telephone: (305) 961-9406
>Email: Walter.Norkin@usdoj.gov

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and served a copy to defense counsel by ECF and email, on November 15, 2019.

>*/s/ Walter M. Norkin*
>Assistant United States Attorney