UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,                              CASE NO. 18-20758-CR-COOKE

vs.

MANUEL ANTONIO BALDIZON MENDEZ

    Defendant.
_____/

## UNOPPOSED MOTION FOR TRAVEL PERMISSION

COMES NOW the Defendant, MANUEL ANTONIO BALDIZON MENDEZ, by and through his undersigned counsel, CARLOS LEON, and hereby files the instant Unopposed Motion for Travel Permission. The instant motion seeks travel permission for Defendant MANUEL ANTONIO BALDIZON MENDEZ to travel to Orlando, Florida between the dates of Monday, December 30, 2019 through Saturday, January 4, 2020. The following is set forth in support of the instant motion:

1. The conditions of Defendant BALDIZON's pretrial release/bond restrict his travels to the Southern District of Florida.

2. The purpose of Defendant BALDIZON's proposed travel to Orlando, Florida is for a personal vacation to visit the theme parks in the Orlando area.

3. Undersigned counsel has spoken with Pretrial Services Officer/USPO John Carles, who has advised he has no objection the instant motion.

4. Defendant Castro is scheduled for self-surrender on February 3, 2020 to a BOP facility that has yet to be designated.

5. **Certificate of Compliance with Local Rule 88.9**: Undersigned counsel has communicated with AUSA Walter Norkin regarding the instant motion and AUSA Norkin has authorized undersigned counsel to recite that the Government has no objection to the granting of the instant motion.

Wherefore, predicated upon the foregoing, Defendant MANUEL ANTONIO BALDIZON MENDEZ and undersigned Counsel do respectfully request this Court to enter and order granting the aforementioned Unopposed Motion for Travel Permission.

Respectfully submitted,

/s/ *Carlos Leon*
Carlos Leon, Esq.
Florida Bar No.: 73092
Law Office of Carlos Leon, LLC
11440 N. Kendall Drive, #400
Miami, FL  33176
(305) 793-5178/phone
leonlaw@protonmail.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 20, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/ *Carlos Leon*
CARLOS LEON, ESQUIRE