UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CASE NO. 18-CR-20758-COOKE

MANUEL ANTONIO BALDIZON MENDEZ

    Defendant.
_____/

### ORDER GRANTING UNOPPOSED MOTION FOR TRAVEL PERMISSION

THIS CAUSE, having come before this Court, upon Defendant Manuel Antonio Baldizon Mendez' Unopposed Motion for Travel Permission, and the Court being fully advised in the premises thereof, and the Government and PreTrial Services Officer John Carles, having no objection to the requested travel permission, it is hereby
    Ordered and Adjudged that

1. Defendant Baldizon Mendez' Unopposed Motion for Travel Permission is hereby GRANTED

2. That Defendant Manuel Antonio Baldizon Mendez shall be permitted to travel to Orlando, Florida between the dates of Monday, December 30, 2019 through Saturday, January 4, 2020.

3. That Defendant Manuel Antonio Baldizon Mendez is hereby ordered to provide his supervising Pretrial Services Officer/USPO John Carles, with the address and telephone number of the hotel in which the Defendant will be staying during the aforementioned travel.

DONE and ORDERED at Chambers in Miami-Dade County, Florida this 30Th day of December, 2019.

                                                      Judge Marcia G. Cooke
                                              UNITED STATES DISTRICT JUDGE

Copies furnished to:
AUSA Walter Norkin
William A. Clay, Esq.

Carlos Leon, Esq.