**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 18-CR-20758-Cooke**

**UNITED STATES OF AMERICA**

vs.

**MANUEL ANTONIO BALDIZON MENDEZ,**

      **Defendant.**
_____/

**JOINT MOTION TO EXTEND DATE OF SURRENDER TO BUREAU OF PRISONS**

COMES NOW, the United States of America, through its undersigned counsel, respectfully requesting, jointly with the defendant, that the date of the defendant's surrender to the Bureau of Prisons ("BOP") be extended for 30 days, specifically from February 3, 2020, to March 5, 2020. The request is made so that the defendant can continue in his cooperation and complete his endeavors to satisfy the forfeiture judgment.

1.    As the Court is aware, the defendant has pled guilty to money laundering, in violation of Title 18, U.S.C., Section 1956. The Court sentenced him to 50 months' incarceration and ordered that he report to his designated BOP facility on February 3, 2020.

2.    Due to ongoing matters in which the defendant is providing cooperation, the parties request an additional 30 days for the defendant's surrender. This additional time would also be useful to allow the defendant to satisfy the forfeiture money judgment.

3. For this reason, the government requests that the Court extend the defendant's surrender date to March 5, 2020. The defendant, through his counsel, has stated that he agrees with the government's request.

        Respectfully submitted,
        ARIANA FAJARDO ORSHAN
        UNITED STATES ATTORNEY

By: /s/ Walter M. Norkin
     WALTER M. NORKIN
     Assistant United States Attorney
     Court ID No. A5502189
     U.S. Attorney's Office - SDFL
     99 N.E. 4th Street, Suite 718 Miami, FL 33132-2111
     Telephone: (305) 961-9406
     Email: Walter.Norkin@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and served a copy to defense counsel by ECF and email, on January 14, 2020.

        */s/ Walter M. Norkin*
        Assistant United States Attorney