UNITED STATS DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-20758-CR-COOKE

UNITED STATES OF AMERICA,

    PLAINTIFF,

Vs.

MANUEL ANTONIO BALDIZON MENDEZ,

    Defendant.
_____/

## ORDER EXTENDING SURRENDER DATE

**THIS CAUSE** came before the Court on the Joint Motion to Extend Date of Surrender to Bureau of Prisons (ECF No.47). The Court having reviewed the pertinent information and being duly advised in the premises, it is hereby,

**ORDERED AND ADJUDGED** that the motion is **_GRANTED_**. The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons before **2:00 p.m. on Thursday, March 5, 2020.**

**DONE AND ORDERED** in Chambers at the United States District Courthouse in Miami-Dade County, Florida this 23rd day of January 2020.

*Marcia G. Cooke*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
All counsel of record.