UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-CR-20758-Cooke

UNITED STATES OF AMERICA

vs.

MANUEL ANTONIO BALDIZON MENDEZ,

        **Defendant.**
_____/

**JOINT MOTION TO EXTEND DATE OF SURRENDER TO BUREAU OF PRISONS**

      COMES NOW, the United States of America, through its undersigned counsel, respectfully requesting, jointly with the defendant, that the date of the defendant's surrender to the Bureau of Prisons ("BOP") be extended for 60 days, specifically from March 5, 2020, to May 4, 2020.  The request is made so that the defendant can complete his endeavors to satisfy the forfeiture judgment.

      1.    As the Court is aware, the defendant has pled guilty to money laundering, in violation of Title 18, U.S.C., Section 1956.  The Court sentenced him to 50 months' incarceration and ordered that he report to his designated BOP facility on March 5, 2020.

      2.    Due to ongoing matters in which the defendant is providing assistance in allowing the government to forfeit funds due under the ordered money judgment, the parties request an additional 60 days for the defendant's surrender.

3. For this reason, the government requests that the Court extend the defendant's surrender date to May 4, 2020. The defendant, through his counsel, has stated that he agrees with the government's request.

    Respectfully submitted,
    ARIANA FAJARDO ORSHAN
    UNITED STATES ATTORNEY

By: /s/ Walter M. Norkin
    WALTER M. NORKIN
    Assistant United States Attorney
    Court ID No. A5502189
    U.S. Attorney's Office - SDFL
    99 N.E. 4th Street, Suite 718 Miami, FL 33132-2111
    Telephone: (305) 961-9406
    Email: Walter.Norkin@usdoj.gov

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and served a copy to defense counsel by ECF and email, on February 21, 2020.

    */s/ Walter M. Norkin*
    Assistant United States Attorney