**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 18-20758-CR-COOKE

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MANUEL ANTONIO BALDIZON MENDEZ,

    Defendant.

_____/

**ORDER ON MOTION TO EXTEND SURRENDER DATE**

THIS CAUSE came before the Court on the *Joint Motion to Extend Date of Surrender to Bureau of Prisons (ECF No.51)*, and the Court being fully advised of the premises, it is hereby,

**ORDERED AND ADJUDGED** that the motion is **GRANTED**. The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons, or the U.S. Marshals in this District **before 2:00 P.M. on June 1, 2020.**

**DONE AND ORDERED** in Chambers at the United States District Courthouse in Miami- Dade County, Florida this 23rd day of March 2020.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
All counsel of record
U.S. Marshals Service/BOP