UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-CR-20758-Cooke

**UNITED STATES OF AMERICA**

**vs.**

**MANUEL ANTONIO BALDIZON MENDEZ,**

       **Defendant.**

_____/

## JOINT MOTION TO EXTEND DATE OF SURRENDER TO BUREAU OF PRISONS

      COMES NOW, the United States of America, through its undersigned counsel, respectfully requesting, jointly with the defendant, that the date of the defendant's surrender to the Bureau of Prisons ("BOP") be extended for 30 days, specifically from June 1, 2020, to July 1, 2020.  The request is made so that the defendant can complete his endeavors to satisfy the forfeiture judgment and to address certain ailments that are of concern to the defendant during this time of the Covid-19 pandemic.

      1.     As the Court is aware, the defendant has pled guilty to money laundering, in violation of Title 18, U.S.C., Section 1956.  The Court sentenced him to 50 months' incarceration and ordered that he report to his designated BOP facility on March 5, 2020.

      2.     Due to ongoing matters in which the defendant is providing assistance in allowing the government to forfeit funds due under the ordered money judgment, the parties request an additional 30 days for the defendant's surrender.

3. The defendant also notes that he has some medical issues relating to heart-health for which he is seeking treatment and experiencing difficulties due to the Covid-19 pandemic causing delays for treatment.

4. For these reasons, the government requests, jointly with the defendant, that the Court extend the defendant's surrender date to July 1, 2020.

        Respectfully submitted,
        ARIANA FAJARDO ORSHAN
        UNITED STATES ATTORNEY

By: /s/ Walter M. Norkin
     WALTER M. NORKIN
     Assistant United States Attorney
     Court ID No. A5502189
     U.S. Attorney's Office - SDFL
     99 N.E. 4th Street, Suite 718 Miami,
     FL 33132-2111
     Telephone: (305) 961-9406
     Email: Walter.Norkin@usdoj.gov

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and served a copy to defense counsel by ECF and email, on May 15, 2020.

        /s/ Walter M. Norkin
        Assistant United States Attorney