UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,                                  CASE NO. 18-CR-20758-COOKE

vs.

MANUEL ANTONIO BALDIZON MENDEZ
USM/BOP 19167-104

    Defendant.
_____/

**AGREED EMERGENCY MOTION FOR EXTENSION OF SURRENDER DATE
DUE TO POSITIVE SARS-COV-2 TEST RESULT**

    COMES NOW, the Defendant, MANUEL ANTONIO BALDIZON MENDEZ, by and through his undersigned counsel, William A. Clay and Carlos Leon, and hereby files the instant Agreed Emergency Motion for Extension of Surrender Date Due to Positive Sars-COV-2 Test Result.  The following is set forth the following in support of the instant motion:

    1.    The Defendant, MANUEL ANTONIO BALDIZON MENDEZ, is scheduled to self-surrender to his designated institution, the D. Ray James Correctional Facility in Folkston, Georgia on July 15, 2020.

    2.    Defendant Baldizon received a POSITIVE test result for novel coronavirus, Sars-COV-2, on Friday, July 10, 2020 from Robert H. Thomas MD, Coral Gables Executive Physicians, 800 South Douglas Road, Suite 125, Coral Gables, Florida 33134, Tel: 305-446-9940. Defendant Baldizon was instructed to self-quarantine for 14 days.

    3.    Defendant Baldizon is experiencing multiple active symptoms of COVID-19. In

order for Defendant Baldizon to be able to report, as presently ordered, he would have to travel in close proximity to other humans for extended periods of time; in violation of self-quarantine rules and potentially infecting others. Upon arrival, staff would also be placed at risk of infection.

4. On July 10, 2020, undersigned counsel reported the positive test result to Christy DePratter, Executive Secretary, GEO Secure Services, Assistant Grievance Coordinator, Assistant to the Facility Administrator, D. Ray James Correctional Facility, 3262 Hwy 252 East, Folkston, Georgia, 31537, Tel: 912-496-6255, with whom counsel had previously been in communication with about Defendant Baldizon's imminent surrender. Undersigned counsel wants to be able to rely on input from the D. Ray James Correctional Facility before seeking relief from this Honorable Court; however, as of the filing of the instant motion, the D. Ray James Correctional Facility has NOT advised regarding how they want to proceed and whether or not they want Baldizon to report on schedule.

5. Undersigned counsel do hereby represent and certify to this Court that the instant motion is not made for the purpose of delay, is based upon good cause, and is made in good faith.

6. **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 88.9:**

Undersigned counsel communicated with AUSA Walter Norkin who authorized undersigned to state that the government AGREES with the instant motion.

7. **CERTIFICATE OF EMERGENCY:**

After reviewing the facts and researching applicable legal principles, I certify that this motion in fact presents a true emergency (as opposed to a matter that may need only expedited treatment) and requires an immediate ruling because the Court would not be able to provide

meaningful relief to a critical, non-routine issue after the expiration of seven days. I understand that an unwarranted certification may lead to sanctions.

WHEREFORE, predicated upon the foregoing, the defendant does hereby request that this Court enter an Order granting the Defendant's Motion for Extension of Surrender Date from July 15, 2020 to **July 27, 2020.**

Respectfully submitted,

/s/ *WILLIAM A. CLAY, ESQUIRE*
BILL CLAY, P.A. II
Florida Bar No. 155102
11440 North Kendall Drive, #400
Miami, Florida  33176
Bill@billclaypa.com
(305) 595-0866/phone
(305) 595-9732/fax


*/s/ CARLOS LEON, ESQUIRE*
LAW OFFICE OF CARLOS LEON, LLC
Florida Bar No. 73092
11440 North Kendall Drive, #400
Miami, Florida  33176
leonlaw@protonmail.com
PH.  (305) 793-5178