UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,                                    CASE NO. 18-CR-20758-COOKE

vs.

MANUEL ANTONIO BALDIZON MENDEZ
USM/BOP 19167-104

    Defendant.
_____/

## ORDER EXTENDING SURRENDER DATE

**THIS CAUSE** came before this Court on the *Defendant's Agreed Emergency Motion for Extension of Surrender Date (ECF No.60).* The Court having reviewed the pertinent information and being duly advised in the premises, it is hereby,

**ORDERED AND ADJUDGED** that the motion is ***GRANTED***. The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons before **2:00 p.m. on July 31, 2020**. No further extensions will be granted.

**DONE AND ORDERED** in Chambers at the United States District Courthouse in Miami-Dade County, Florida this 14th day of July 2020.

MARCIA G. COOKE
United States District Judge

Copies furnished to:
All counsel of record