UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

     Plaintiff,                  CASE NO. 18-CR-20758-COOKE

vs.

MANUEL ANTONIO BALDIZON MENDEZ
USM/BOP 19167-104

     Defendant.

_____/

**AGREED MOTION TO EXTEND SURRENDER DATE**

COMES NOW, the Defendant, MANUEL ANTONIO BALDIZON MENDEZ, by and through his undersigned counsel, William A. Clay and Carlos Leon, and hereby files the instant Agreed Motion to Extend Surrender Date. The following is set forth the following in support of the instant motion:

1.     The Defendant, MANUEL ANTONIO BALDIZON MENDEZ, is scheduled to self-surrender to his designated institution, CI MCRAE, in Helena, Georgia, on July 31, 2020.

2.     Defendant Baldizon received a POSITIVE test result for novel coronavirus, Sars-COV-2, on Friday, July 10, 2020 from Robert H. Thomas MD, Coral Gables Executive Physicians, 800 South Douglas Road, Suite 125, Coral Gables, Florida 33134, Tel: 305-446-9940. Defendant Baldizon was instructed to self-quarantine for 14 days.

3.     Defendant Baldizon continues to experience multiple active symptoms of COVID-19 including, but not limited to, fever, full body pain, and fatigue. Additionally,

Defendant Baldizon is experiencing new symptoms including loss of sense of smell and loss of hearing.

4.      On July 27, 2020, undersigned counsel reported the positive test result and current COVID-19 symptoms to Ms. Murphy, who holds a managerial position in the Records and Receiving unit at CI MCRAE. Subsequently, Ms. Murphy communicated to undersigned counsel that the Assistant Warden advised and **requested** that Defendant Baldizon to file a motion to extend surrender date by **10 days**.

5.      Undersigned counsel do hereby represent and certify to this Court that the instant motion is not made for the purpose of delay, is based upon good cause, and is made in good faith.

6.      **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 88.9:**

Undersigned counsel communicated with AUSA Walter Norkin who authorized undersigned to state that the government AGREES with the instant motion.

WHEREFORE, predicated upon the foregoing, the defendant does hereby request that this Court enter an Order granting the Defendant's Motion for Extension of Surrender Date from July 31, 2020 to **August 10, 2020.**

Respectfully submitted,

/s/ *WILLIAM A. CLAY, ESQUIRE*
BILL CLAY, P.A. II
Florida Bar No. 155102
11440 North Kendall Drive, #400
Miami, Florida  33176
Bill@billclaypa.com
(305) 595-0866/phone
(305) 595-9732/fax

/s/ *CARLOS LEON, ESQUIRE*
LAW OFFICE OF CARLOS LEON, LLC
Florida Bar No. 73092
11440 North Kendall Drive, #400
Miami, Florida  33176
leonlaw@protonmail.com
PH.  (305) 793-5178