UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-CR-20758—MGC

UNITED STATES OF AMERICA,

       Plaintiff,

v.

MANUEL ANTONIO BALDIZON MENDEZ,
USM/BOP 19167-104

       Defendant,

_____/

## ORDER GRANTING
## DEFENDANT'S AGREED MOTION TO EXTEND SURRENDER DATE

THIS CAUSE, having come before this court upon the Defendant's Agreed Motion to Extend Surrender Date, and the Court being fully advised in the premises and it is hereby ordered and adjudged that

1. The Defendant's Motion for Extension of Surrender Date is hereby GRANTED.

2. The Defendant's Surrender Date is hereby extended to **September 1, 2020**.

DONE and ORDERED, in Chambers, Miami-Dade County, this 29th day of July 2020.

*[signature]*
MARCIA G. COOKE
United States District Judge

Copies:
Counsel of record