UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-CR-20758—MGC

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MANUEL ANTONIO BALDIZON MENDEZ,
USM/BOP 19167-104

    Defendant,
_____/

**SUPPLEMENT TO**
**AGREED MOTION TO DISCHARG PERSONAL SURETIES AND FOR RETURN OF**
**CASH BOND TO DEPOSITOR**

COMES NOW, the Defendant, MANUEL ANTONIO BALDIZON MENDEZ, by and through his undersigned counsel, William A. Clay and Carlos Leon, and hereby files the instant Supplement to Agreed Motion to Discharge Personal Sureties and for Return of Cash Bond to Depositor. The following is set forth the following in support of the instant Supplement:

    1.    The Defendant, MANUEL ANTONIO BALDIZON MENDEZ, was previously at liberty in the instant case on two bonds which are described as follows:

    (a) A $1 million Surety Bond signed by the Defendant, his sons - Manuel Antonio Baldizon Vargas and Jorge Eduardo Baldizon Vargas (DE 20) dated 12/21/18;

    (b) A $1 million Personal Surety Bond with 5% to be deposited with Clerk of Court (DE 21) dated 12/21/18; Said bond was signed by the Defendant, his son, Jorge Eduardo Baldizon Vargas and Rosa Maria Vargas Morales.

    (c) Rosa Maria Vargas Morales was the depositor who made the cash bond payment of $50,000.00 to the Clerk of Court on 12/21/18;

2. The Defendant was designated to FCI McRae, Georgia. The Defendant did faithfully self-surrender to the FCI McRae, Georgia on September 1, 2020 as required.

3. Undersigned counsel has personally viewed the U.S. Bureau of Prisons website and inmate locator information pertaining to the Defendant Manuel Baldizon (Inmate No. 19167-104). BOP inmate locator record reflect that the Defendant is in fact in custody in McRae, Georgia.

4. Predicated upon the foregoing, the previously executed and filed Personal Surety Bonds have no further purpose in this matter.

**5.** Predicated upon the foregoing, the Defendant and undersigned counsel respectfully move this Court to grant the instant Supplement and enter an Order discharging the personal sureties in this matter and ordering the Clerk of Court to turn the cash bond to its depositor, Rosa M. Vargas Morales. (DE 21), at page 5, reflects Rose M. Vargas Morales as the depositor of the cash bond in this matter. Pursuant to instructions from the Clerk of Court we are supplementing the motion to request **return of the $50,000.00 cash bond and accrued interest thereto to the depositor Rosa M. Vargas Morales.**

6. **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 88.9:** Undersigned counsel has personally communicated with AUSA Walter Norkin regarding the instant motion and AUSA Norkin has specifically authorized undersigned counsel to reflect in the instant motion that the Government agrees to the instant motion and the relief requested therein.

WHEREFORE, predicated upon the foregoing, the Defendant MANUEL ANTONIO BALDIZON MENDEZ, by and through his undersigned counsel, does respectfully request this Court grant the instant Supplement to the Motion to Discharge Personal Sureties and for Return of Cash Bond to Depositor.

| | |
|---|---|
| /s/ *Carlos Leon* <br> CARLOS LEON, ESQUIRE <br> LAW OFFICE OF CARLOS LEON, LLC <br> Florida Bar No. 73092 <br> 11440 North Kendall Drive, #400 <br> Miami, Florida  33176 <br> leonlaw@protonmail.com <br> PH.  (305) 793-5178 | Respectfully submitted, <br><br> /s/ *William A. Clay* <br> WILLIAM A. CLAY, ESQUIRE <br> BILL CLAY, P.A. <br> Florida Bar No. 155102 <br> 11440 North Kendall Drive, #400 <br> Miami, Florida  33176 <br> Bill@billclaypa.com <br> (305) 595-0866/phone <br> (305) 595-9732/fax |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 4, 2020, I filed the foregoing document with the Clerk of the Court using CM/ECF

/s/ *William A. Clay*
WILLIAM A. CLAY, ESQUIRE
CARLOS LEON, ESQUIRE