UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-CR-20758—MGC

UNITED STATES OF AMERICA,

        Plaintiff,

v.

MANUEL ANTONIO BALDIZON MENDEZ,
USM/BOP 19167-104

        Defendant,

_____/

## ORDER GRANTING
## SUPPLEMENT TO AGREED MOTION TO DISCHARG PERSONAL SURETIES AND FOR RETURN OF CASH BOND TO DEPOSITOR

THIS CAUSE, having come before this court upon the Defendant MANUEL ANTONIO BALDIZON MENDEZ's Supplement to Agreed Motion To Discharge Personal Sureties And For Return Of Cash Bond To Depositor and the Court being fully advised in the premises and the Defendant having self-surrendered to the BOP, to wit FCI McRae, Georgia on September 1, 2020 as permitted by this Court, and the Government being in agreement with the instant motion, it is hereby ordered and adjudged that

    1.    The Defendant's Agreed Motion To Discharge Personal Sureties And For Return Of Cash Bond To Depositor is hereby GRANTED.

    2.    The Personal Sureties (Manuel Antonio Baldizon Vargas, Jorge Eduardo Baldizon Vargas, and Rosa Maria Vargas Morales) are hereby discharged from further responsibility/obligation pursuant to Personal Surety Bonds that they previously executed in this

matter as Defendant is now in custody of the BOP and the Personal Surety Bonds server no purpose.

3. **The Clerk of Court is hereby ordered to return the cash of the $50,000.00 bond and accrued interest thereto to the depositor Rosa M. Vargas Morales.**

DONE and ORDERED, in Chambers, Miami-Dade County, this 9th day of September 2020.

*Marcia G. Cooke*
MARCIA G. COOKE
United States District Judge

Copies:
Counsel of record