UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA )
        Plaintiff, )
) Case No. D-FLS-1:18-CR-020758-MGC-001
)
vs )
) **ASSIGNMENT OF BAIL BOND**
)
)
        Defendant. )
Manuel A. Baldizon Mendez   / )

I, **Rosa M. Vargas Morales**, Cash Bond assignee in the above numbered
(Complete name as appeared on original bond)
and styled cause, do hereby assign, transfer and authorize my case bond refund in the amount of
**$50,000.00** plus accrued interest to be made payable to
**Manuel Antonio Baldizon Vargas** whose mailing address is
(Complete name of assignee)
425 Grapetree Drive, Apt 211, Key Biscayne, FL 33149
_____
(Street Address, City, State, and Zip)
upon final disposition of the above numbered and styled cause.

The undersigned Cash Bond Depositor understands that once this document is signed, all rights, claims, and interest of ownership are immediately transferred to the above assignee.

(The above assignee must complete an Internal Revenue Service Form W-9 or if the assignee is a nonresident alien individual, the assignee must complete a Form W-8, either of which may be obtained from the Clerk's Office Financial Section or Internet. The completed W-8 or W-9 form should be provided to the Financial Section, but not filed in the Court file. Upon final disposition of the above numbered and styled cause, a Motion for Disbursement of Bond, along with a signed copy of this form must be filed with the Court. A check will be mailed to the address indicated on the completed form, unless directed in writing otherwise.)

_____
(Signature of Cash Bond Depositor)

September 14th, 2020
(Date)

The foregoing instrument was acknowledged before me this ____ day of _____, _____, by _____ (Complete name as appeared on original bond), who personally appeared before me and who is personally known to me or has produced _____ as identification.

_____
NOTARY PUBLIC, STATE OF FLORIDA
Print Name: _____
My Commission Expires: _____