UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. D-FLS-1:18-CR-020758-MGC-00

UNITED STATES OF AMERICA
        Plaintiff,

vs

Manuel A. Baldizon Mendez

        Defendant

## AMENDED MOTION FOR DISBURSEMENT OF BOND

Comes now the undersigned and respectfully states to this Honorable Court that the above named

defendant has complied with all conditions of the appearance bond in this case, and it is therefore

requested that the defendant's case bail heretofore posted by Rosa M. Vargas Morales

in the amount of $ 50,000.00          plus any accrued interest be refunded to:

Manuel Antonio Baldizon Vargas (son of Defendant Baldizon and Rosa Vargas)

(Name of Payee.  Do NOT include a Mailing address.  A notarized assignment is requested if the payee is
different from the person posting bond.)

(The above payee must complete an Internal Revenue Service Form W-9 or if the payee is a nonresident alien
individual, they must complete a Form W-8, either of which may be obtained from the Clerk's Office Financial
section or internet.  The completed form should be provided to the Financial Section, but not filed in the Court file.
Checks will be mailed to the address indicated on the completed form, unless directed in writing otherwise.)

                                        (Petitioner or Attorney)

Consented to by:                        Walter Norkin

        Assistant U.S. Attorney         PRINT NAME- Assistant U.S. Attorney

## ORDER

In consideration of the forgoing motion, it is thereupon

ORDERED that the Clerk of this Court forthwith make the above-mentioned disbursement.

DONE AND ORDERED at _Miami_____, Florida, this _28th_ day of

_September_____, 20 20 .

                                        UNITED STATES DISTRICT JUDGE

c:      U.S. Attorney
        Petitioner/Counsel of Record
        Financial Deputy Clerk (w/original W-8 or W-9)